NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PRIME DATUM, INC.,**
*Appellant*

**v.**

**BALDOR ELECTRIC COMPANY,**
*Appellee*

_____

2016-1051

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,286.

_____

**JUDGMENT**

_____

JOSEPH LUCCI, Baker & Hostetler LLP, Philadelphia, PA, argued for appellant. Also represented by JOHN FRANK MURPHY, JEB BACON OBLAK.

PAUL B. HUNT, Barnes & Thornburg LLP, Indianapolis, IN, argued for appellee. Also represented by JOSHUA PAUL LARSEN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  November 4, 2016  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |